**No. 10-580. Kraft Foods Global, Inc., Oscar Mayer Foods Division, Petitioner v. Jeff Spoerle, et al., Individually and on Behalf of All Others Similarly Situated.**

562 U.S. 1137, 131 S. Ct. 933, 178 L. Ed. 2d 753, 2011 U.S. LEXIS 166.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 614 F.3d 427.

**No. 10-581. CE Design, Limited, Petitioner v. Prism Business Media, Incorporated.**

562 U.S. 1138, 131 S. Ct. 933, 178 L. Ed. 2d 753, 2011 U.S. LEXIS 185.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 606 F.3d 443.

**No. 10-582. Gilbert Tiffee, et al., Petitioners v. Citizens Telecommunications Company, et al.**

562 U.S. 1138, 131 S. Ct. 933, 178 L. Ed. 2d 753, 2011 U.S. LEXIS 430.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 385 Fed. Appx. 638.

**No. 10-583. John Ayanbadejo, et ux., Petitioners v. Janet Napolitano, Secretary of Homeland Security, et al.**

562 U.S. 1138, 131 S. Ct. 933, 178 L. Ed. 2d 753, 2011 U.S. LEXIS 397, ▮

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-584. Mary Jasso, Petitioner v. California Department of Forestry and Fire Protection, et al.**

562 U.S. 1138, 131 S. Ct. 933, 178 L. Ed. 2d 753, 2011 U.S. LEXIS 368.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 385 Fed. Appx. 636.

**No. 10-586. Roland Johnson, Petitioner v. John E. Potter, Postmaster General.**

562 U.S. 1138, 131 S. Ct. 934, 178 L. Ed. 2d 753, 2011 U.S. LEXIS 305.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 398 Fed. Appx. 644.

**No. 10-587. Hinal A. Patel, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 1138, 131 S. Ct. 934, 178 L. Ed. 2d 753, 2011 U.S. LEXIS 593.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 388 Fed. Appx. 595.

**No. 10-599. Myriam Onyeabor, Petitioner v. Centennial Pointe Owner's Association, et al.**

562 U.S. 1138, 131 S. Ct. 936, 178 L. Ed. 2d 753, 2011 U.S. LEXIS 467, ▮

January 10, 2011. Petition for writ of certiorari to the Court of Appeals of Utah denied.